# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2140, A19A2141, A19A2142.  MALIK EL v. RONALD FREEMAN et al.**

In two separate cases, the Union City Municipal Court found Malik El guilty of building without a permit and having vehicles with expired tags. El filed two petitions for writ of certiorari and a direct appeal in the superior court challenging these rulings. The superior court entered separate orders dismissing each action, and El has appealed directly to this Court. In Case No. A19A2140, he appeals from the superior court's dismissal of his direct appeal in the building permit case. In Case No. A19A2141, he appeals from the superior court's dismissal of his certiorari petition in the expired tag case. And in Case No. A19A2142, he appeals from the superior court's dismissal of his certiorari petition in the building permit case. We, however, lack jurisdiction to hear these appeals.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Govt. of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Such compliance is required even where the superior court dismisses the action. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because El failed to comply with the discretionary appeal procedure, we lack jurisdiction over these appeals. See id. Accordingly, these appeals

are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  *06/14/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*